**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**REBECCA H. FINCANNON,**

    **Plaintiff,**

**-vs-**                 Case No.  6:04-cv-1071-Orl-22DAB

**BELLSOUTH CORPORATION,**

    **Defendant.**
_____

## ORDER

### I. INTRODUCTION

This cause is before the Court on Plaintiff's Motion for Summary Judgment (Doc. No. 29) filed on June 7, 2005, and Defendant's Motion for Summary Judgment (Doc. No. 30) filed on June 8, 2005.

The United States Magistrate Judge has submitted a report recommending that Plaintiff's Motion for Summary Judgment (Doc. No. 29) be DENIED and that Defendant's Motion for Summary Judgement (Doc. No. 30) be GRANTED.  After an independent *de novo* review of the record in this matter, including the objections filed by the Plaintiff, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

### II. BACKGROUND

Plaintiff filed suit against Defendant seeking to reinstate her disability benefits and pension. Defendant refused to reinstate Plaintiff's benefits, and Plaintiff filed suit in this Court.  The parties filed cross-motions for summary judgment (Doc. Nos. 29, 30) and Responses (Doc. Nos. 33, 34, 39).

United States Magistrate Judge David A. Baker entered a Report and Recommendation (Doc. No. 45) on November 29, 2005 recommending that Plaintiff's Motion for Summary Judgment (Doc. No. 29) be denied and that Defendant's Motion (Doc. No. 30) be granted. Plaintiff filed an Objection (Doc. No. 46) to Judge Baker's Report and Recommendation on December 9, 2005.

Plaintiff presents two issues in her Objection. First, Plaintiff, assuming the April 3, 2003 denial letter constitutes the final decision on her claim, argues that the decision made in the April 3, 2003 denial letter was based solely on whether Plaintiff was disabled from a medical standpoint. Plaintiff believes she never had the opportunity to appeal the issue of whether she was disabled. Second, Plaintiff takes issue with the fact that she was never provided the medical reports of Dr. Burstein and Dr. Mazal during the administrative appeal. Plaintiff believes Judge Baker should have recommended that the case be remanded and that Defendant be ordered to provide Plaintiff with the reports of Dr. Burstien and Dr. Mazal.

### III. STANDARD OF REVIEW

When a magistrate judge issues a report and recommendation, the district judge must make a *de novo* determination of the findings and/or recommendations to which any party objects. *See* 28 U.S.C. § 636(b)(1)(C) (2003). "This requires that the district judge 'give fresh consideration to those issues to which specific objection has been made by a party.'" *Lacy v. Apfel*, 2000 U.S. Dist. Lexis 21437, *2-3 (M.D. Fla. Oct. 20, 2000) (quoting *Jeffrey S. v. State Bd. of Educ.*, 896 F. 2d 507, 512 (11th Cir. 1990)). "In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*." *Lacy*, 2000 U.S. Dist. Lexis 21437 at *3 (emphasis added) (internal citation omitted). However, regardless of whether objections are filed, a district judge must review

a magistrate's legal conclusions *de novo*. *See id.* After reviewing a report and recommendation, objections, and responses thereto, the district judge may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. *See* § 636(b)(1)(C).

## IV.  LEGAL ANALYSIS

The objections that Plaintiff raises are adequately addressed by Judge Baker's well-reasoned Report and Recommendation. For those reasons, the Court adopts the Report and Recommendation.

## V.  CONCLUSION

Therefore, it is **ORDERED** as follows:

1.  The Report and Recommendation filed November 29, 2005 (Doc. No. 45), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.  Defendant's Motion for Summary Judgment (Doc. No. 30) is **GRANTED**.

3.  Plaintiff's Motion for Summary Judgment (Doc. No. 29) is **DENIED**.

4.  The Clerk shall enter final judgment in favor of Defendant BellSouth Corporation and thereafter close the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 23, 2005.

/s/ Anne C. Conway
ANNE C. CONWAY
United States District Judge

Copies furnished to:

-3-

United States Magistrate Judge
Counsel of Record
Unrepresented Party